UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LETICIA LONGORIA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-18-52 |
| NANCY A. BERRYHILL, | § § § | |
| *Defendants*. | § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 17. The M&R recommended denying plaintiff Leticia Longoria's motion for summary judgment (Dkt. 13) and granting defendant Nancy Berryhill's cross-motion for summary judgment (Dkt. 11).

Objections to the M&R were due on March 13, 2019, but Longoria has not filed any objections to date. *See* Dkt. 17. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, evidence in the record, motions, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 17). For the reasons stated in the M&R, Longoria's motion for summary judgment is DENIED and Berryhill's cross-motion for summary judgment is GRANTED.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on March 18, 2019.

_____
Gray H. Miller
Senior United States District Judge